1            IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF HAWAII

3    JJCO, INC., dba JACKSON     ) CIVIL NO. CV08-00419

4    ISUZU, a Hawaii corporation,)   SOM LEK

5                Plaintiff,      )

6        vs.                     )

7    ISUZU MOTORS AMERICA, INC., )

8    a Michigan corporation;     )

9    JOHN DOES 1-10; JANE DOES   )

10   1-10; DOE CORPORATIONS 1-10;)

11   DOE GOVERNMENTAL AGENCIES   )

12   1-10; DOE PARTNERSHIPS 1-10;)

13   DOE ENTITIES 1-10,          )

14                Defendants.    )

15         30(B)(6) DEPOSITION OF JACK JACKSON,

16        Individually and on behalf of JJCO, Inc.,

17                  dba Jackson Isuzu

18   Taken on behalf of Defendant Isuzu Motors America,

19   Inc., at the Offices of Jackson Volvo, 704 Ala Moana

20   Boulevard, Honolulu, Hawaii  96813, commencing at

21   9:04 a.m., on Wednesday, June 1st, 2011, pursuant to

22   Notice.

23

24   BEFORE:   PATRICIA ANN CAMPBELL, CSR 108

25             Certified Shorthand Reporter

Page 2

APPEARANCES:

For Plaintiff:
            DENNIS KING, ESQ.
            700 City Center
            810 Richards Street
            Honolulu, Hawaii  96813

For Defendant Isuzu Motors America, Inc.:
            LEX R. SMITH, ESQ.
            MARIA Y. WANG, ESQ.
            First Hawaiian Center, Suite 2600
            999 Bishop Street
            Honolulu, Hawaii  96813

Page 3

INDEX

EXAMINATION BY:                     PAGE
    Mr. Smith                         4

EXHIBITS FOR IDENTIFICATION          PAGE
    (None)

Page 4

            JACK JACKSON,
called on behalf of Defendant Isuzu Motors America,
Inc., was first duly sworn to tell the truth, the
whole truth, and nothing but the truth, and
testified as follows:
            EXAMINATION
BY MR. SMITH:
    Q.    Mr. Jackson, you and I have met before,
so I don't think I need to go through a lot of
background with you.
    A.    Okay.
    Q.    Do you agree?
    A.    Yes.
    Q.    Okay.  Who are the shareholders of JJCO?
    A.    Myself, single.
    Q.    Any other shareholders besides you?
    A.    No.
    Q.    Who are the directors of JJCO?
    A.    Myself and my two sons.
    Q.    What are the names of your sons?
    A.    David Jackson and Marc Jackson.
    Q.    Who are the officers of JJCO?
    A.    I think I am the only officer,
president, secretary, treasurer, yeah.
    Q.    Who on behalf of JJCO is authorized to

Page 5

deal with Bank of Hawaii?
    A.    Bank of Hawaii?
    Q.    I'm sorry.  With First Hawaiian Bank?
    A.    In what regards?
    Q.    Well, I guess what I would like to know
is if there are different people who deal with First
Hawaiian in different capacities, if you would tell
me each of them and in what regard each of them
deals with the bank.
    A.    I do the financial arrangements with the
bank, and Debbie Tesoro is the -- she does the daily
transactions.
    Q.    Who is authorized to sign checks?
    A.    Debbie and myself.
    Q.    Anybody else?
    A.    No.
    Q.    When was the last time JJCO held a board
of directors meeting, if ever?
    A.    I don't recall.
    Q.    Was it within the last year?
    A.    I don't recall.
    Q.    Okay.
    A.    I think there was -- no, it hasn't been
in a year.
    Q.    Okay.  Do you recall whether there has

Page 6

1 been a board of directors meeting of JJCO within the
2 past five years?
3    A.   Yes, and Taryn has the minutes.
4    Q.   Okay. How many meetings have there been
5 to the best of your memory in the past five years?
6    A.   Two, maybe.
7    Q.   Okay, does JJCO make loan payments to
8 First Hawaiian Bank?
9    A.   Yes.
10    Q.   Are those payments made monthly?
11    A.   Yes.
12    Q.   What is the amount of those payments?
13    A.   They vary. There's no exact amount
14 every month.
15    Q.   What document states how much JJCO is
16 obligated to pay each month?
17    A.   The flooring arrangement that we have,
18 it's a reoccurring amount every month.
19    Q.   I guess that's what I am asking is
20 whether it is the same amount. You said that it is
21 not the same amount every month, right?
22    A.   That's right.
23    Q.   So when you say it is a recurring
24 amount, what do you mean?
25    A.   I meant to say that it was a moving

Page 7

1 target. It is not precise.
2    Q.   Okay, and how do you figure out how much
3 to write the check for?
4    A.   How many cars we have sold or not sold.
5    Q.   Is that new cars or used cars or both?
6    A.   Both.
7    Q.   Okay, so explain to me what's the
8 formula. How do you determine how much the payment
9 is?
10    A.   Well, it depends on the value of the car
11 that was financed.
12    Q.   Okay. And when you say that was
13 financed, you mean that JJCO financed rather than
14 the customer who bought the car?
15    A.   That's right.
16    Q.   Okay. Okay, so do I need to -- do we
17 need to give an example? If the value of the car is
18 $20,000, how does that affect the payment that you
19 make to First Hawaiian Bank?
20    A.   Well, the value of the car is not going
21 to determine the payment. How much was financed is
22 going to determine the payment.
23    Q.   Okay, and how is it determined how much
24 is financed?
25    A.   If it is a used car, it is by the blue

Page 8

1 book value of the car.
2    Q.   Okay, so if the blue book value is
3 $20,000, how much is financed?
4    A.   $20,000.
5    Q.   Okay. So First Hawaiian loans you the
6 blue book value of the car?
7    A.   That's correct.
8    Q.   Okay, so do you take trade-ins at JJCO?
9    A.   Yes.
10    Q.   If somebody trades in a used car at the
11 time they buy a new car, does First Hawaiian finance
12 that used car?
13    A.   I would have to take the title and get
14 it financed, yes.
15    Q.   Is that what you normally do?
16    A.   Yes.
17    Q.   Okay, and so you take --
18    Where do you take the title to get the
19 used car financed?
20    A.   To the bank.
21    Q.   You take the title to First Hawaiian?
22    A.   Yes.
23    Q.   Okay, so then when you sell a used car,
24 do you have to go back to First Hawaiian to get the
25 title?

Page 9

1    A.   Yes.
2    Q.   Does First Hawaiian also finance 100
3 percent --
4    Well, do you sell used cars for more
5 than the blue book price?
6    A.   Majority of the time, yes.
7    Q.   Okay. So the blue book, I guess blue
8 book has more than one price. Are you saying First
9 Hawaiian loans you 100 percent of the wholesale blue
10 book?
11    A.   They use the Kelly blue book book out
12 sheet, and they loan us that amount or our cost,
13 whichever is lower.
14    Q.   Do you normally -- what do you call it?
15 The something sheet?
16    A.   The Kelly blue book sheet, it is a print
17 out sheet from the blue book.
18    Q.   Is that different than the blue book
19 price that one could look up, say, on the internet?
20    A.   The blue book has changed recently where
21 it has actually three numbers on it, the wholesale
22 value, an auction value, and a, oh, what is the
23 other value? And I'm not sure which one the bank
24 uses, to be honest with you. There are three values
25 on the blue book, so they use the book out sheet.

3 (Pages 6 to 9)

Page 10

1    Q.    Okay.  Okay, what is the lowest --
2          Suppose you didn't sell any cars.  How
3    much would be your monthly payment that month to
4    First Hawaiian Bank?
5    A.    First Hawaiian Bank has two other notes
6    that I have to debt service every month.  One is a
7    capitalization note, and one is a note that I
8    borrowed from them to put into the company.
9    Q.    Okay, and I take it on those two notes
10   there is a fixed amount that you have to pay each
11   month?
12   A.    Yes.
13   Q.    How much is the payment?
14   A.    $30,000.
15   Q.    Is that for both notes?
16   A.    Yes.
17   Q.    And is it correct that those notes have
18   nothing to do with the financing of the vehicles
19   then?
20   A.    That's right.
21   Q.    Are the vehicles collateral for those
22   notes?
23   A.    Everything JJCO has is collateral for
24   those notes.
25   Q.    Okay.  Okay, so then I take it there's a

Page 11

1    third loan which is your flooring arrangement?
2    A.    Yes.
3    Q.    Okay, and the flooring arrangement, if
4    you don't sell any cars, how much do you pay on that
5    each month?
6    A.    Well, there's obviously the interest has
7    got to be paid.
8    Q.    Okay, how much is that?
9    A.    Well, that's the moving target that I
10   was talking about, depending on how many cars are
11   financed or floored.
12   Q.    Okay, so what's the low, and what's the
13   high?
14   A.    It's -- it's -- there is no -- I can't
15   give you a window there.
16   Q.    Well, within the last twelve months,
17   what is the lowest payment that you recall?
18   A.    I can't recall.
19   Q.    Okay, and in the last twelve months,
20   what is the highest that it has been?
21   A.    Well, if I can recall, maybe $15,000.
22   Q.    And is it correct that that interest
23   obligation is determined by how much the balance is
24   that you got borrowed on the flooring line, but not
25   necessarily by how many cars you sold?

Page 12

1    A.    That's correct.
2    Q.    Okay, so how does the number of cars
3    that you sold play into the calculation of the
4    monthly obligation to First Hawaiian Bank, if at
5    all?
6    A.    Well, the principal, if we sell the car,
7    we have to pay off the bank the principal on the
8    car.
9    Q.    Okay.  So you talked about how First
10   Hawaiian actually holds the titles to the used
11   cars --
12   A.    Yes.
13   Q.    -- that you have for sale here, so how
14   do you get that title back?  Do you actually have to
15   take that check to them at the same time that they
16   give you the title?
17   A.    Yes.
18   Q.    So if somebody buys a used car from you,
19   they bring you, say, a cashier's check, what do you
20   give them?
21   A.    We give them a registration, a temporary
22   registration --
23   Q.    Okay.
24   A.    -- and then we are obligated to convert
25   the title into their name within thirty days,

Page 13

1    according to Hawaii law.
2    Q.    Okay.  So you give them a temporary
3    title of some kind, and then you go process -- go
4    take the money to the bank and process the paperwork
5    that the bank provides to you and send them a title
6    in the mail, something like that?
7    A.    That's correct.
8    Q.    What is JJCO's monthly payroll?
9    A.    Approximately 150,000.
10   Q.    What is the payroll for the service
11   department?
12   A.    Oh, I can't tell you that.
13   Q.    Is that because you don't know?
14   A.    I don't know.
15   Q.    What is the revenue monthly for the
16   service department?
17   A.    Last month, it was $89,000.
18   Q.    Is that a typical month?
19   A.    It's off about 20 percent.
20   Q.    Okay, so it could be up to $100,000,
21   something like that?
22   A.    That's correct.
23   Q.    What is the monthly revenue of the parts
24   department?
25   A.    Last month, it was $79,000.

Page 14

1    Q.    And what is a typical month?
2    A.    About there.
3    Q.    Okay, and what is JJCO's revenue from
4  the sale of used cars monthly?
5    A.    Approximately 50,000.
6    Q.    And is that an average month?
7    A.    Yeah, it was a pretty good month last
8  month.
9    Q.    Okay.  So what would be the range?
10   A.    30 to 50.
11   Q.    And what is JJCO's monthly revenue from
12  the sales of new cars?
13   A.    Approximately 40 to 50.
14   Q.    What does a new Volvo sell for?  What is
15  the cheapest new Volvo you sell?
16   A.    Approximately $30,000.
17   Q.    Okay, so the numbers you are stating for
18  sales of new cars would indicate one or two new cars
19  a month?
20   A.    That's operating income off of the sale
21  of the cars.
22   Q.    Okay, so the 40 to 50,000 is the actual
23  profits net the cost of the cars then?
24   A.    No, because there's other costs to get
25  to that number, there's other costs achieving that

Page 15

1  number.
2    Q.    Okay.  So I am just trying to understand
3  what the 40 to 50 represents.  Is that after payment
4  of all the costs associated with the sale?
5    A.    No.
6    Q.    Okay.
7    A.    That's the revenue before costs.
8    Q.    That's the revenue in excess of the cost
9  of the car --
10   A.    Of the car.
11   Q.    -- but not the sales commissions and the
12  other expenses?
13   A.    The other expenses selling the car, yes.
14   Q.    All right.  So approximately how many
15  new cars would that equate to?
16   A.    Last month, it was fifteen new cars.
17   Q.    Okay, now, approximately how many used
18  cars per month do you sell?
19   A.    Fifteen to twenty.
20   Q.    So the figure that you gave of 30,000 to
21  50,000 dollars would also be net of the cost of the
22  car, then?
23   A.    That number is -- is the difference
24  between the cost of the car and what we sold the car
25  for, however, there's expenses achieving that

Page 16

1  revenue.
2    Q.    Of course, and other than commissions to
3  the salesman, what other expenses are you thinking
4  of?
5    A.    $66,000 a month rent factor.
6    Q.    Who is your landlord?
7    A.    Bishop Estate.
8    Q.    What else?
9    A.    I would have to see the financial
10  statement, and I can read them off to you.  There's
11  obviously power and electricity.  There's a business
12  office expense documenting the deal.  There's other
13  labor besides salespeople to get the car ready.
14   Q.    Anything else that comes to mind?
15   A.    Oh, I need the document in front of me.
16  I mean, there's --
17   Q.    Okay.
18   A.    $350,000 worth of expenses.
19   Q.    Okay.  Is that your monthly expenses
20  here is 350,000 approximately?
21   A.    Approximately.
22   Q.    And the figure of $150,000 payroll, that
23  includes the commissions to the salesman?
24   A.    Yes.
25   Q.    And that includes the other items that

Page 17

1  you had listed as labor, like labor to get the car
2  ready, that sort of thing as well, right?
3    A.    Yes.
4    Q.    And that includes the parts department
5  and the service department employees and all of
6  those things?
7    A.    Yes.
8        MR. KING:  Lex, just for purposes of
9  this deposition so that I understand what this
10  information is going to be used for, we have a
11  confidentiality agreement in this case.  Are you
12  willing to agree that this information will only be
13  used for purposes of this litigation and won't be
14  disseminated to third parties?
15       MR. SMITH:  Absolutely.  If I feel the
16  need to disclose it to anybody else, I will tell you
17  first and give you the opportunity to object or to
18  do whatever you want to do.  At the moment, I have
19  no intention of using it anywhere except in the
20  court.
21       MR. KING:  Okay.
22   Q.    (By Mr. Smith)  Okay.  You gave me a
23  figure of 350,000 for all the overhead per month of
24  keeping JJCO open; is that right?
25   A.    Yes.

Page 18

1    Q.    What is the gross monthly revenue of
2  JJCO?
3    A.    It is $310,000 for May.
4    Q.    And what is an average month?
5    A.    320.
6    Q.    Okay, now, is JJCO current on all of its
7  loans to First Hawaiian Bank?
8    A.    We have a situation in the car business
9  called sold out of trust.
10   Q.    Right.
11   A.    Are you aware of that?
12   Q.    I am going to ask you to explain it, but
13  the . . .
14   A.    Okay, I am currently sold out of trust,
15  which means that I have sold cars that I haven't
16  paid the bank for yet.
17   Q.    Is that new cars or used cars?
18   A.    Both.
19   Q.    Was that done with First Hawaiian's
20  consent?
21   A.    No.
22   Q.    Okay, now, well, you just explained to
23  me how you can't get the title from First Hawaiian
24  to sell a used car without taking them the money
25  first, so how did you sell a car without First

Page 19

1  Hawaiian's consent?
2    A.    I don't need their consent to sell the
3  car.
4    Q.    So did you sell the car and not provide
5  the customer with a title?
6    A.    What we do is whenever I said we are
7  sold out of trust, that is within that thirty day
8  window that I talked about for licensing purposes.
9  We will take other revenue to go pay off that car to
10  get the car title.
11   Q.    Okay.  Okay, so back to my question, is
12  JJCO current on all of its obligations to First
13  Hawaiian Bank?
14   A.    No.
15   Q.    Okay, which obligations are not current?
16   A.    We are sold out of trust.
17   Q.    Okay, other than the sold out of trust?
18   A.    No.
19   Q.    What else?
20   A.    No, that's it.
21   Q.    That's it.  So as far as First Hawaiian
22  knows, you are current on all of their loans?
23   A.    They know when I am SOT.
24   Q.    Okay.  Has First Hawaiian given you any
25  notice that you are in default on any of your

Page 20

1  obligations?
2    A.    Well, one of the ways that they do it is
3  that the flooring agreement is an annual agreement
4  annualized, and they have basically put me on notice
5  by only doing a flooring agreement ninety days at a
6  time.
7    Q.    And how long has that arrangement been
8  in place, the ninety days?
9    A.    That started sometime last year.
10   Q.    Was that not in effect at the time we
11  went to trial in 2000, when was it, 2010?
12        MS. WANG:  2010.
13   Q.    (By Mr. Smith)  I thought I remembered
14  you testifying about it.
15   A.    Okay, so that was last year, so you're
16  right, yeah.
17   Q.    Okay.  Now, at the time of your trial
18  testimony, my recollection is that you had said the
19  ninety day renewal was related to the new Isuzus
20  that you had.  Do you remember that?
21   A.    Yes, that's how I started because I had
22  the negative equity on the Isuzus.
23   Q.    By the way, what has happened to those
24  Isuzus?
25   A.    They fell off the earth.  They are gone.

Page 21

1    Q.    You sold them?
2    A.    Yes.
3    Q.    And that was with First Hawaiian's
4  consent?
5    A.    Well, yeah, I had to borrow the money to
6  cover the negative equity.
7    Q.    You borrowed the money from First
8  Hawaiian?
9    A.    Yes.
10   Q.    And which loan is that balance a part
11  of?
12   A.    The capitalization loan.
13   Q.    What is the balance owed today on the
14  capitalization loan?
15   A.    $815,000.
16   Q.    And what is the balance on the other
17  loan that you described?  You said there were two
18  notes that have a $30,000 approximate monthly
19  payment.
20   A.    3.8 million.
21   Q.    Jackson Volvo has a relationship with
22  Volvo; is that correct?
23   A.    Yes.
24   Q.    Can you describe that relationship for
25  me?

Page 22

1    A.    We are an authorized franchised dealer
2    selling new Volvos, parts, and service.
3    Q.    Okay, is that relationship covered by a
4    contract?
5    A.    There is a sales and service agreement,
6    yes.
7    Q.    Are there any other contracts that you
8    have with Volvo?
9    A.    No.
10   Q.    Is the contract that you have with Volvo
11   assignable?
12   A.    Normally, whenever there is a franchise
13   sold, it's not assigned. It's -- there's a new one
14   issued.
15   Q.    Okay, do you know if the contract is
16   assignable?
17   A.    I don't know.
18   Q.    Okay. We served a couple of documents
19   on JJCO asking for certain documents to be produced.
20   Have you seen those?
21   A.    No.
22   Q.    Who at JJCO would have been responsible
23   to gather the documents that were requested?
24   A.    Debbie Tesoro.
25   Q.    How long has Debbie been with JJCO?

Page 23

1    A.    2006.
2    Q.    And where did she work before that?
3    A.    Cutter, the Cutter organization.
4    Q.    JJCO has borrowed certain money from
5    you; is that correct?
6    A.    That's correct.
7    Q.    And what is the balance of those loans?
8    A.    Approximately $4,000,000.
9    Q.    What was the original balance of them?
10   A.    1.6.
11   Q.    And when was the 1.6 million dollar
12   obligation incurred?
13   A.    I would have to look at the date on the
14   document.
15   Q.    Okay, can you say approximately?
16   A.    2005.
17   Q.    Did you write a check to JJCO for 1.6
18   million dollars in 2005?
19   A.    That could have been multiple checks.
20   I'm not sure.
21   Q.    Okay. But you wrote checks from Jack
22   Jackson to JJCO in the total amount of $1,600,000?
23   A.    Evidently, yes.
24   Q.    Well, I am not asking if it is
25   evidently.

Page 24

1    A.    Well, it is 2005. I'm sorry, I can't
2    remember that far back.
3    Q.    Okay, well, I guess what I am asking is
4    whether the 1.6 million was provided in cash or
5    whether there was some other way that JJCO became
6    indebted to you for the million six?
7    A.    It would have been by cash.
8    Q.    And what was the reason for that loan?
9    A.    Well, obviously, that JJCO didn't have
10   capital to work with.
11   Q.    Okay, and why was JJCO in deed of
12   $1,600,000 in capital? I thought the auto business
13   really took a dive in about 2008, so I'm curious why
14   in 2005 JJCO had hit such hard times that it needed
15   $1,600,000 loan?
16   A.    I would have to go back and look to see
17   why. I would believe we just needed the capital. I
18   mean, I wouldn't loan it if it didn't need it.
19   Q.    Okay, now, you said that the balance
20   that is owed to you is about 4,000,000 today?
21   A.    Yes.
22   Q.    How did the balance grow from 1,600,000
23   in 2005 to 4,000,000 today?
24   A.    Well, you are correct on the hard times.
25   '07, '08, '09, and 2010 were just devastating for

Page 25

1    the industry, and so I kept putting money in hoping
2    it would turn around.
3    Q.    Okay. So this balance has grown because
4    of additional cash that you have put into the
5    company, then?
6    A.    Yes.
7    Q.    And has that cash been contributed to
8    the company in the form of checks?
9    A.    Yes.
10   Q.    Do you know if the checks that reflect
11   these loans to JJCO have been produced?
12   A.    There are some that have been produced.
13   Q.    Okay, which one?
14   A.    I don't know.
15   Q.    Okay, why some and not the rest?
16   A.    The archives just weren't there to do
17   it. You would have to check with Debbie on that.
18   Q.    Okay.
19   A.    I'm sorry, I can't tell you.
20   Q.    All right, well, we will ask Debbie. Do
21   you receive any compensation from JJCO?
22   A.    Yes.
23   Q.    What do you receive?
24   A.    I have a $10,000 salary. JJCO pays some
25   peripheral expenses for me, my condo maintenance,

Page 26

1 and things like that.
2 Q. Well, approximately what do those total?
3 A. 1800 bucks. There's some property tax
4 that JJCO pays. My CPA has elected to do it this
5 way because of being a sub S corp., and when I do my
6 taxes, it all comes down in one funnel --
7 Q. It comes back to you anyway?
8 A. Right.
9 Q. Okay, what else?
10 A. I would have to go look. There's still
11 numerous things, small things, telephones, things
12 like that.
13 Q. Does JJCO provide you with a car?
14 A. Yes.
15 Q. Is that car financed by First Hawaiian
16 Bank?
17 A. Yes.
18 Q. Is it financed under the flooring
19 arrangements that we have discussed earlier, or is
20 there a different loan on the car?
21 A. It is financed under the flooring
22 arrangement on the demo side, demonstrators.
23 Demonstrators are paid and financed differently.
24 Q. How many demos do you have here?
25 A. Three.

Page 27

1 Q. Those are all new car demos?
2 A. Yes.
3 Q. And what is the financing arrangement
4 that's made for demos?
5 A. The principal and interest are paid
6 monthly, and the principal varies. I'm not sure of
7 the formula on that.
8 Q. The interest rate varies, though?
9 A. Well, the interest would vary each month
10 because of the declining balance. It is a simple
11 interest note, so the interest should be less every
12 month.
13 Q. Anything else that you receive that's
14 got value in excess of $1,000 a month that you
15 receive from JJCO?
16 A. Occasionally, I will take a couple
17 thousand dollars cash, but it goes against
18 stockholder draw.
19 Q. Did you ever receive anything in
20 repayment or in partial repayment of the loans that
21 JJCO owes to you?
22 A. No.
23 Q. So when you take a stockholder draw,
24 that is not repayment or a partial repayment of the
25 loan?

Page 28

1 A. That's correct.
2 Q. And why is that?
3 A. I don't -- I can't answer that.
4 Q. All right. Well, is it your decision or
5 the board of director's decision or the accountant's
6 decision or whose?
7 A. I guess it's my decision.
8 Q. Okay, and in that case, I guess, do you
9 know of a reason why that would be a stockholder
10 draw and not a pay down of debt?
11 A. I have never discussed that with Taryn.
12 I don't -- it never became a subject.
13 Q. Okay. Do you know if the JJCO
14 financials for 2005 have been produced?
15 A. I would have to check with Debbie.
16 Q. Okay. Debbie would be the one who would
17 know that?
18 A. Yes.
19 Q. When you gave figures for used car sales
20 and new car sales, we talked about how those figures
21 were net of the cost of the cars. What about the
22 parts and service figures? Are those gross revenue
23 figures, or are those also net of the cost of the
24 parts?
25 A. It is net of the cost of the parts.

Page 29

1 Q. Okay, and for service, are the figures
2 net of the labor to do the service or what?
3 A. Yes, it is net of the labor, however,
4 there's -- there's management, and there's other
5 employees, and there's other expenses that are met.
6 I think that once you see the financial, you will
7 see all of these expenses that will show you that
8 will answer your question better for you.
9 Q. Okay. The figure you gave me of
10 $310,000 revenue for May, is that figure net of some
11 costs also?
12 A. No, that's gross.
13 Q. That's the gross revenue. See, because
14 I guess I am looking at service of 89,000 net of --
15 A. Those are gross, those are gross income
16 numbers that haven't had the expenses applied to
17 them yet.
18 Q. Okay, I thought you just said that the
19 service figure of $89,000 was net of the labor.
20 A. No, it's not.
21 Q. It's not?
22 A. No, it's not.
23 Q. Okay, but the parts figure of 79,000 is
24 net of the cost of the parts?
25 A. Yes. That is, again, if I had the

8 (Pages 26 to 29)

Page 30

1  financial in front of me, it would be easier to
2  explain it to you.
3     Q.    You could explain it to me?
4     A.    Yes.
5     Q.    Okay.  Does JJCO have any plans to go
6  out of business?
7     A.    I have talked to a bankruptcy attorney.
8     Q.    How long ago did you have that
9  conversation?
10    A.    Last year.
11    Q.    In 2010 sometime?
12    A.    That's correct.
13    Q.    Was that after the conclusion of the
14  trial?
15    A.    Yes.
16    Q.    Have you spoken with a bankruptcy
17  attorney in 2011?
18    A.    No.
19    Q.    Do you have any --
20          Have you done anything towards possibly
21  closing down JJCO in 2011?
22    A.    No.
23    Q.    Has business been better or worse in
24  2011 than it was in 2010?
25    A.    Better.

Page 31

1     Q.    What is the source of the revenue that
2  JJCO uses to make its payroll of $150,000 a month?
3     A.    Those numbers that I told you earlier,
4  parts, service, sales.
5     Q.    Has JJCO ever been unable to make its
6  payroll?
7     A.    No.
8     Q.    What is the source of the revenue that
9  JJCO uses to pay its $66,000 per month rent to
10  Bishop Estate?
11    A.    Those revenue figures I gave you
12  earlier.
13    Q.    Has JJCO ever been unable to make its
14  rent payment to Kamehameha Schools?
15    A.    Yes.
16    Q.    And what was the result?  They are not
17  known for being the nicest landlord in the State.
18    A.    I had a workout plan with them to clean
19  it up with penalties having to be paid.
20    Q.    And has that all been taken care of now?
21    A.    Yes.
22    Q.    When did you get behind in the rent with
23  Kamehameha Schools?
24    A.    2009, 2010.
25    Q.    And you described how the source of the

Page 32

1  funds to cover these obligations is the parts,
2  service, and used and new car sales here.  Is there
3  any other source of revenue that JJCO has?
4     A.    No.
5     Q.    And does JJCO have bank accounts at any
6  bank other than First Hawaiian?
7     A.    No.
8     Q.    Which branch of First Hawaiian do you
9  bank at?
10    A.    On line today, it's a different story.
11  I believe it is the Kapiolani branch.
12    Q.    So the payroll is paid out of the First
13  Hawaiian account?
14    A.    Yes.
15    Q.    And the rent is paid out of the First
16  Hawaiian account?
17    A.    Yes.
18    Q.    And all of JJCO's other obligations are
19  paid out of the First Hawaiian account?
20    A.    That's correct.
21    Q.    Now, when we served a garnishment on
22  First Hawaiian Bank, they said that they had set off
23  the funds that were in their account against their
24  loan.  Do you recall that?
25    A.    Yes.

Page 33

1     Q.    So how did you pay your payroll that
2  month?
3     A.    Obviously, revenue was still coming in,
4  and that was only a week that they offset.
5     Q.    So was there enough?
6     A.    Enough?  For payroll?
7     Q.    Right.
8     A.    We covered payroll.
9     Q.    Did you have enough revenue to cover all
10  of your expenses --
11    A.    No.
12    Q.    -- that month?
13    A.    No.
14    Q.    Which ones did you not pay?
15    A.    I can't recall.  I have about seventy
16  vendors.
17    Q.    So is it correct that the larger vendors
18  you took care of?
19    A.    I can't answer that.  I don't know.
20    Q.    Okay, would Debbie know?
21    A.    She may.
22    Q.    If not you and not Debbie, who would we
23  ask?
24    A.    You have got to go look in the docs, the
25  documents.

Page 34

1    Q.    Have the documents necessary to figure
2  this out been produced?
3    A.    I don't know. I don't -- I can't answer
4  that.
5    Q.    Okay, because you don't know what's been
6  produced?
7    A.    I don't know what's been produced.
8    Q.    You said that JJCO pays your maintenance
9  on your condominium; is that right?
10   A.    That's correct.
11   Q.    Where is that condominium located?
12   A.    One Waterfront.
13   Q.    Do you own any other real estate?
14         MR. KING: Wait a minute. Are you
15  talking about him personally?
16   Q.    (By Mr. Smith) Does JJCO make any
17  payments related to any other real estate that you
18  own?
19   A.    Personally?
20   Q.    Well, who owns the condominium at One
21  Waterfront?
22   A.    My trust.
23   Q.    Okay. Does JJCO make any payments
24  related to any other real estate that you or JJCO
25  have any interest in, whether in trust by

Page 35

1  corporation, by partnership, or any other way?
2    A.    I need to talk to Dennis for a second.
3         MR. SMITH: Let's take a recess.
4         (Recess was taken.)
5    A.    Dennis brought something to my attention
6  on the 2005 note. I told you it is one six.
7    Q.    (By Mr. Smith) Okay.
8    A.    It is actually one seven.
9    Q.    Okay. Okay, anything else you need to
10  correct that you recall --
11   A.    No.
12   Q.    -- at the moment?
13         Okay, so the question we were on before
14  we took a break was whether JJCO has paid any of
15  your personal obligations relating to any real
16  estate, other than the condominium at One
17  Waterfront?
18   A.    My real estate? What is your question?
19   Q.    Okay, okay, let's go back to when I say
20  your real estate, what I am talking about is any
21  real estate that's owned by you, by JJCO, by any
22  trust in which you have any interest, by any
23  corporation or partnership in which you have any
24  interest, or by any other entity that you have any
25  interest in?

Page 36

1    A.    Yes.
2    Q.    What other real estate?
3    A.    I have a residence on the Big Island,
4  and I used a mortgage -- I used it to mortgage to
5  pay -- to loan the money to the company. The
6  company, JJCO, is paying me interest on my notes,
7  and that money goes directly to First Hawaiian Bank
8  to satisfy the mortgage.
9    Q.    Any other JJCO payments for any real
10  estate or by any other entity that we just
11  discussed?
12         THE WITNESS: Dennis, that's probably
13  Taryn.
14         MR. SMITH: We can break.
15         MR. KING: Can we do that?
16         MR. SMITH: Sure.
17         (Recess was taken.)
18         MR. SMITH: Okay, we are back on the
19  record.
20   A.    Okay, let me just clarify something.
21  That was my CPA that I was confirming something
22  with. The $2,000 draw that I take is not a draw.
23  It is treated as income, ordinary income.
24   Q.    (By Mr. Smith) Okay, and do you have
25  anything to clarify regarding the Big Island

Page 37

1  residence?
2    A.    The notes that are outstanding to me
3  from JJCO of $4,000,000 is payable at 7. -- 7.75
4  percent annually. I am taking that as ordinary
5  income at $15,000 a month, which is a shortfall
6  because it should be $310,000 a year. I am taking
7  $15,000 a month, and the money is paid directly to
8  First Hawaiian to satisfy the Big Island mortgage.
9    Q.    Okay. Now, defining real estate the way
10  we did before, are there any other payments that
11  JJCO makes on account of any other real estate?
12   A.    No. I'm sorry. There's a small piece
13  of property up in Oregon, it pays the annual
14  maintenance. It is worth about $20,000 for actual
15  value on the property. I just signed a check a
16  while ago. It pays $500 a year maintenance or
17  something.
18   Q.    Okay. Any others?
19   A.    No.
20   Q.    You said that the One Waterfront
21  condominium is owned by your trust.
22   A.    Yes.
23   Q.    How many trusts do you have?
24   A.    One.
25   Q.    Okay. Who is the owner of the Big

Page 38

1 Island residence?
2     A.   JJCO Properties.
3     Q.   What is the relationship between the
4 JJCO's that we are here about today and JJCO
5 Properties?
6     A.   I own both of them.
7     Q.   Any other relationship besides that?
8     A.   No.
9     Q.   What is the -- what are the --
10     Well, how many mortgages are there
11 against the Big Island residence?
12     MR. KING: Well, what relevance does
13 that have to the issue here?
14     MR. SMITH: I think it is relevant
15 because one of them is the First Hawaiian loan that
16 he says is connected to JJCO, so I need to know
17 whether there is anything ahead of that or behind
18 it.
19     MR. KING: No, you don't really need to
20 know that for the purposes of your examination here.
21     MR. SMITH: Are you instructing him not
22 to answer?
23     MR. KING: Unless you can give me some
24 indication why it is relevant.
25     MR. SMITH: That's why. I need to know

Page 39

1 is it the first mortgage or a third mortgage or a
2 ninth mortgage?
3     MR. KING: You haven't explained why you
4 need to know. All you are saying is you need to
5 know. I don't see the relevance.
6     MR. SMITH: It is well within the
7 permissible rules of discovery.
8     MR. KING: I don't think it is, but I am
9 giving you an opportunity to show relevance.
10     MR. SMITH: If you want to tell him not
11 to answer it, tell him.
12     MR. KING: If you want to give me some
13 indication of relevance, my ears are open.
14     Q.   (By Mr. Smith) Mr. Jackson, are you
15 refusing to answer the question?
16     MR. KING: Are you refusing to tell us
17 what the relevance is?
18     MR. SMITH: I have told you what the
19 relevance is.
20     MR. KING: No, you haven't.
21     MR. SMITH: If you think it is not
22 relevant, you have your options.
23     MR. KING: Well, you are not giving us
24 any indication of what the relevance is.
25     Q.   (By Mr. Smith) Mr. Jackson, I repeat

Page 40

1 the question, how many loans are there against the
2 Big Island residence?
3     MR. KING: That's not relevant to the
4 issues in this case. That's not property that is
5 owned by the company. You have a right to find out
6 what assets the company has, what income it has and
7 what debts it has, and that's not one of its assets.
8     MR. SMITH: Are you instructing him not
9 to answer?
10     MR. KING: I am just making an
11 objection.
12     Q.   (By Mr. Smith) Okay, go ahead, Mr.
13 Jackson.
14     MR. KING: And I am giving you a chance
15 to state what the relevance is.
16     Q.   (By Mr. Smith) Mr. Jackson, are you
17 going to answer the question or not?
18     MR. KING: I am going to instruct him
19 not to answer.
20     Q.   (By Mr. Smith) Okay. What is the
21 balance on the loan that you receive $15,000 a month
22 from JJCO?
23     A.   4,000,000 and change.
24     Q.   Okay, I thought you said there was a
25 loan against the Big Island residence that JJCO was

Page 41

1 paying?
2     A.   No. JJCO is paying me the interest on
3 the note to the money that they owe me. That money
4 flows through me to First Hawaiian Bank.
5     Q.   Okay.
6     A.   The money that I borrowed --
7     Q.   And what does the 15,000 that JJCO pays
8 to you, what debt is that applied to?
9     MR. KING: I think he just answered the
10 question.
11     A.   Yes, it is the interest on the
12 $4,000,000.
13     Q.   (By Mr. Smith) When you give the 15,000
14 that you receive from JJCO to First Hawaiian Bank,
15 does it pay down an obligation to First Hawaiian
16 Bank?
17     A.   No.
18     Q.   What does First Hawaiian do with the
19 15,000 when they get it?
20     A.   It pays the interest for the month.
21     Q.   Interest owed to First Hawaiian?
22     A.   Yes.
23     Q.   On what loan?
24     A.   The money that I borrowed to put into
25 the company.

Page 42

1    Q.    And how much was that?
2    A.    It is currently 3.8 million dollars.
3    Q.    You borrowed 3.8 million to put into
4  JJCO?
5    A.    That's correct.
6    Q.    From First Hawaiian?
7    A.    That's correct.
8    Q.    And what is the collateral for that 3.8
9  million dollar loan?
10   A.    The residence.
11   Q.    The Big Island residence?
12   A.    Yes.
13   Q.    Is JJCO a borrower on the 3.8 million
14  dollar loan?
15   A.    No.
16   Q.    Is there any collateral for the 3.6
17  million dollar loan other than the Big Island
18  residence?
19   A.    No.
20   Q.    And if I understood your testimony
21  correctly, the 3.8 million dollar loan, the
22  collateral for the 3.8 million dollar loan is not
23  owned by JJCO, and JJCO has no interest in that
24  collateral?
25   A.    That's correct.

Page 43

1    Q.    What is the interest rate on the 3.8
2  million dollar loan?
3          THE WITNESS: Is that relative, Dennis?
4          MR. KING: Well, it's not a JJCO loan.
5  What difference would that make, I guess?
6          MR. SMITH: Well, I am exploring why
7  JJCO is paying this loan --
8    A.    JJCO is not paying the loan.  JJCO is
9  paying me.  I am paying the loan.
10   Q.    (By Mr. Smith) Okay.  But you also are
11  not a title holder of the Big Island property; is
12  that right?
13   A.    That's correct.
14   Q.    So why are you paying the loan on this
15  property if it is not owned by you?
16   A.    I guaranteed the property note.
17   Q.    You gave a personal guarantee?
18   A.    Yes.
19   Q.    Have you given a personal guarantee for
20  any of JJCO's obligations?
21   A.    Yes.
22   Q.    Which ones?
23   A.    All of them.
24   Q.    All of the obligations to First Hawaiian
25  Bank?

Page 44

1    A.    Yes.
2    Q.    What else?
3    A.    Pardon?
4    Q.    What other obligations have you
5  personally guaranteed of JJCO's?
6          MR. KING: You mean to First Hawaiian
7  Bank?
8          MR. SMITH: No.  He said all of the
9  obligations to First Hawaiian Bank are personally
10  guaranteed by him.
11   Q.    (By Mr. Smith) Okay, so I am asking you
12  what other obligations in addition to those to First
13  Hawaiian Bank have you guaranteed?
14   A.    None that I can recall.
15   Q.    What about the Volvo?
16   A.    There's no personal guarantee needed
17  with a car dealer franchise, with a car agency.
18   Q.    How much is the monthly maintenance
19  charge at One Waterfront?
20   A.    I told you earlier it is 1800.
21   Q.    Is there any other arrangement that JJCO
22  has like the arrangement regarding the Big Island
23  residence?
24   A.    No.
25   Q.    So I am just trying to add up what you

Page 45

1  get from JJCO each month.  You get a $10,000 salary,
2  $15,000 interest payment, $1,800 condo maintenance
3  fee, and you get, I guess, $500 a year on a property
4  in Oregon, for maintenance on a property in Oregon,
5  and shareholder draws which are treated as ordinary
6  income.  Anything else, anything over $1,000?
7    A.    You would have to check with Debbie.
8    Q.    Okay.
9    A.    I can't recall anything else.
10   Q.    How often do you take shareholder draws?
11   A.    They are not, again, shareholder draws.
12   Q.    Okay.
13   A.    They're not shareholder draws.
14   Q.    Okay.
15   A.    They are just advances against my
16  income --
17   Q.    Okay.
18   A.    -- and that is sporadic.  There is no
19  set --
20   Q.    Okay, so four or five times a year?  Is
21  the amount sporadic also?
22   A.    Yes.
23   Q.    Okay.
24   A.    I would believe it was four times last
25  year.  I don't recall.  I don't pay attention to

Page 46
1  that.
2    Q.    Okay.  Do you know if the records have
3  been produced to us that would show what those
4  amounts are?
5    A.    I don't know.
6    Q.    Are your sons employees of JJCO?
7    A.    Yes.
8    Q.    All right, I'm sorry, can you tell me
9  their names again?
10   A.    David and Marc.  Marc is with a C.
11   Q.    And how much salary does David receive
12  from the company?  How much salary does David
13  receive?
14         THE WITNESS:  Is that relevant?  Help me
15  out here, Dennis.  Is that necessary?
16         MR. KING:  Do you need to know the
17  amount of their salaries?
18         MR. SMITH:  I think if the salary is out
19  of -- is not commensurate with the amount of work
20  that is done, it is highly relevant to a number of
21  questions on the collection of our judgment.
22         MR. KING:  Is it commensurate with the
23  work that they do?
24   A.    Oh, they are underpaid, believe me.
25  $3,800 a month.

Page 47
1    Q.    (By Mr. Smith)  They both receive 3,800
2  a month?
3    A.    Marc is a little more.  He is on a
4  commission because he is a sales manager.  I don't
5  know exactly what it is.  He could have made -- this
6  year he was making about $4,000 a month.  Business
7  got a little better, he's making a little more.  I
8  don't know exactly how much.
9    Q.    What do they receive besides salary?
10   A.    Nothing.  Marc gets a demo to drive.
11   Q.    Is David a salesman, or does he do
12  something else?
13   A.    He works in a little shop in Hilo as a
14  service advisor.
15   Q.    Do any other people --
16         Are there any other employees of JJCO
17  who are related to you?
18   A.    No.
19   Q.    Does Marc also work in Hilo?
20   A.    No.
21   Q.    He works here --
22   A.    This is his office.
23   Q.    We kind of went through the mechanics of
24  how a used car gets sold, how you clear First
25  Hawaiian's lien when you sell it, and I wanted to

Page 48
1  try to do the same thing with the new cars.  I
2  gather First Hawaiian funds your cost on the new
3  cars at the time you order them; is that right?
4    A.    That's correct.
5    Q.    Okay, I learned something about this
6  during our trial.  So that's automatic that you wind
7  up obligated for a specific amount for every new car
8  that you order?
9    A.    That's correct.
10   Q.    And then when you sell it, you
11  presumably sell it for something more than what the
12  bank's lien is against it?
13   A.    Hopefully.
14   Q.    Okay, in most cases.  Now, the bank's
15  lien, does that increase every month, or do you pay
16  the interest on it every month?
17   A.    Interest.
18   Q.    You pay the interest on that loan every
19  month?
20   A.    Yes.
21   Q.    Okay.  So when you sell the car, you
22  would have to take care of the principal of the
23  loan?
24   A.    Yes.
25   Q.    But the interest is already taken care

Page 49
1  of?
2    A.    Yes.
3    Q.    Okay.  So how do you title the new car?
4  Is it the same as the used car?
5    A.    No.  A used car has already been titled.
6    Q.    Right.
7    A.    A new car is not titled.  There's an MSO
8  that comes to the dealer from the manufacturer, the
9  manufacturer's statement of origin, MSO.  That MSO
10  is turned into the Department of Motor Vehicles that
11  creates a title.
12   Q.    And you do that after you have sold the
13  car?
14   A.    That's correct.
15   Q.    Okay, so somebody walks in here with
16  cash, buys the car, you give them some kind of a
17  temporary title?
18   A.    That's right.
19   Q.    And then you go process the paperwork to
20  get the permit title issued?
21   A.    That's correct.
22   Q.    Okay, at what point does the bank
23  release its lien?
24   A.    I suppose the answer to that question
25  when is we pay them off.

1    Q.   Okay. So, well, let's follow the money,
2  then, as they say. Somebody walks in here, hands
3  you, I don't know if it is easier, hands you a
4  cashier's check for the price of the car, drives out
5  in the car. I take it you take that cashier's check
6  and go put it in the bank?
7    A.   That's correct.
8    Q.   Okay, now, how does the bank's lien get
9  addressed? Do you write them a check for that?
10   A.   Yes.
11   Q.   Okay, so you write them a check for the
12 principal amount that they loaned you against that
13 car?
14   A.   That's correct.
15   Q.   Okay, and what does the bank give you
16 for that? Do they give you some kind of a receipt
17 showing that that car has been -- the lien has been
18 released?
19   A.   The flooring arrangement is a bulk
20 arrangement that encompasses a listing of cars, and
21 once that particular car is paid off via serial
22 number, they match it to serial number and the VIN
23 number, they take it off their list.
24   Q.   Okay. What would happen -- let me ask.
25 Suppose that the same scenario I just described, you

1  took the money, and you deposited it in your account
2  at First Hawaiian Bank. Then you went and took your
3  MSO to the State and had a title issued, but you
4  never wrote First Hawaiian the check to clear that
5  vehicle. Would First Hawaiian still have a lien on
6  the car?
7    A.   I can't answer that.
8    Q.   You are not sure?
9    A.   I'm not sure.
10   Q.   Okay, but you are supposed to write them
11 a check to clear that --
12   A.   That's correct.
13   Q.   Okay. Do you do that within 24 hours of
14 the time that you sell the car or --
15   A.   I am supposed to, but I can't.
16   Q.   Okay. So I guess what I was asking was
17 do you do it weekly, or do you add it up for all the
18 cars that you sold that week and do it or --
19   A.   Well, there's no -- there's no
20 particular payoff window to pay the cars. As we get
21 funds, I will pay them off.
22   Q.   Okay. Okay, well, do you know if the
23 loan documents specify a period within which you are
24 supposed to pay them after you have sold the car?
25   A.   Yes, it's 24 hours once I am funded, I

1  think is what it says. I'm not sure.
2    Q.   Okay.
3    A.   Or 48 hours. I'm not sure.
4    Q.   Okay, and so at that point, the balance
5  that's in your account is not encumbered by any
6  obligation; is that right?
7    A.   The balance in my account?
8    Q.   In other words, after -- if you sell the
9  car, if you pay 20,000 for the car, and you sell it
10 for 25,000, then when you put the 25,000 in the
11 bank, pay the 20,000 --
12   A.   It's not as simple as that.
13   Q.   I understand, sure, because you have got
14 overhead. But the only point I am making is the
15 bank doesn't have a lien or that last -- over the
16 excess over what they paid for the car?
17   A.   Oh, sure they do.
18   Q.   Okay, and what is the basis of that
19 lien?
20   A.   Their UCC-1.
21   Q.   Okay.
22   A.   I mean, all of my assets are liens with
23 First Hawaiian Bank.
24   Q.   You understand what a UCC-1 is, right?
25 Yes? You need to answer out loud for the court

1  reporter. You understand what a UCC-1 is?
2    A.   I don't know where you are going with
3  the question. I don't understand it.
4    Q.   Okay, but you understand that it means
5  that the holder of the UCC-1 has a claim to all the
6  assets described in the UCC-1?
7    A.   That's correct.
8    Q.   And if bank accounts are described in
9  it, then those would be collateral?
10   A.   That's correct.
11   Q.   Did you file a UCC-1 in 2005 when you
12 made the loan to JJCO?
13   A.   I don't know the date that I filed a
14 UCC-1, but I did.
15   Q.   Okay. If it was 2008, would that sound
16 about right?
17   A.   Okay, that sounds about right.
18   Q.   Why did you file it three years after
19 you made the loan?
20   A.   Because the loans were growing, and I
21 needed to have some assurance that I documented all
22 of these loans properly, and I did that on the
23 advice of my attorney.
24   Q.   Which attorney was that?
25   A.   Kidani.

Page 54

1    Q.    Was there anything else that happened
2   around the time that you filed the UCC-1?
3    A.    There's a lot of things happening in
4   2008.
5    Q.    Anything --
6    A.    Do you want to be a little more
7   specific?
8    Q.    Yes, I am asking if there was anything
9   significant that played a role in your decision to
10  file a UCC-1?
11   A.    No.
12   Q.    So the fact that it was filed right
13  around the same time that you filed your lawsuit
14  against Isuzu, did that have something to do with
15  it?
16   A.    I filed it on the advice of my attorney,
17  Kidani.
18   Q.    I gather you also filed a lawsuit
19  against Isuzu by the advice of your attorney?
20   A.    I'm not sure when the lawsuit was filed.
21   Q.    Okay. Well, if I tell you that the
22  UCC-1 was filed around the same time as the lawsuit
23  was filed, I am just asking was there a relationship
24  between those two?
25   A.    I filed the UCC-1 based on the advice of

Page 55

1   my attorney.
2    Q.    I understand that.
3    A.    That's my answer.
4    Q.    Okay. So in your mind, was there any
5   relationship between the fact that you had sued
6   Isuzu and the fact that you filed that UCC-1 --
7    A.    What was the date of the lawsuit? Can
8   anyone answer that for me?
9    Q.    We may have the exact date. It's 2008,
10  it is the fall of 2008, which is also the same
11  approximate time as the filing of the UCC-1, which I
12  think we do have, actually. I think it is September
13  of 2008.
14   A.    The lawsuit was September?
15   Q.    The UCC-1 was September. I'm guessing
16  the lawsuit was slightly after that.
17        MS. WANG: We don't have the exact date
18  of the lawsuit.
19        THE WITNESS: Pardon?
20        MS. WANG: We don't have the exact date
21  of the lawsuit.
22   A.    I don't see any relevance, relevancy
23  there, filing the UCC-1 before the lawsuit, I don't
24  see the relevance of why I would do it that way. I
25  would think if I did, I would file it after based on

Page 56

1   the relationship you are talking about, the
2   relevancy.
3    Q.    (By Mr. Smith) Okay. Well, did you
4   understand at the time that you filed the lawsuit
5   that if you lost, Isuzu could get a judgment for
6   attorney's fees and costs?
7    A.    No, I didn't, I wasn't aware of that.
8    Q.    Okay. Now, there's certain equipment
9   here at JJCO; is that right?
10   A.    That's correct.
11   Q.    For example, the equipment that you use
12  to repair automobiles?
13   A.    That's correct.
14   Q.    What is the approximate cost of that
15  equipment?
16   A.    I have no idea.
17   Q.    Okay, so you don't know what that
18  equipment is worth?
19   A.    No.
20   Q.    Does First Hawaiian have a lien over
21  that equipment?
22   A.    Yes.
23   Q.    And that's pursuant to the same UCC-1?
24   A.    Yes.
25   Q.    Does JJCO own tools?

Page 57

1    A.    There could be some tools that JJCO
2   owns, yes, sure.
3    Q.    Did First Hawaiian consent to your
4   filing your own UCC-1 against the same assets that
5   First Hawaiian had filed their UCC-1 against?
6    A.    I never asked them.
7    Q.    Are you aware that their loan documents
8   prohibit encumbering their collateral with any
9   junior loans?
10   A.    I wasn't aware of that. They are in
11  first place. I didn't think it would matter.
12        MR. SMITH: Okay. That's all I have,
13  Mr. Jackson. Thank you very much.
14        (Deposition concluded at 10:51 a.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 58

1       C E R T I F I C A T E
2   STATE OF HAWAII          )
3                            ) SS.
4   CITY AND COUNTY OF HONOLULU   )
5           I, PATRICIA ANN CAMPBELL, CSR 108, do
    hereby certify:
6
            That on June 1st, 2011, appeared before
7   me JACK JACKSON, the witness whose 59 page
    deposition is contained herein;
8
            That prior to being examined, he was by
9   me duly sworn or affirmed pursuant to Act 110 of the
    2010 Session of the Hawaii State Legislature;
10
            That the deposition was taken down by me
11  in machine shorthand and was thereafter reduced to
    typewritten form under my supervision; that the
12  foregoing represents, to the best of my ability, a
    true and correct transcript of the proceedings had
13  in the foregoing matter;
14          That pursuant to Rule 30(e) of the
    Hawaii Rules of Civil Procedure, a request for an
15  opportunity to review and makes changes to this
    transcript was not made by the deponent or a party
16  prior to the completion of the deposition.
17          I further certify that I am not an
    attorney for any of the parties hereto, nor in any
18  way concerned with the cause.
19          DATED this 7th day of June, 2011, in
    Honolulu, Hawaii.
20
21
22
23
24          PATRICIA ANN CAMPBELL, CSR 108
25          Certified Shorthand Reporter

**A**

ability 58:12
about 11:10 12:9 13:19
  14:2 19:8 20:14
  24:13,20 28:20,21
  33:15 34:15 35:20
  37:14 38:4 44:15
  47:6 48:5 53:16,17
  56:1
Absolutely 17:15
according 13:1
account 32:13,16,19,23
  37:11 51:1 52:5,7
accountant's 28:5
accounts 32:5 53:8
achieving 14:25 15:25
Act 58:9
actual 14:22 37:14
actually 9:21 12:10,14
  35:8 55:12
add 44:25 51:17
addition 44:12
additional 25:4
addressed 50:9
advances 45:15
advice 53:23 54:16,19
  54:25
advisor 47:14
affect 7:18
affirmed 58:9
after 15:3 30:13 49:12
  51:24 52:8 53:18
  55:16,25
again 29:25 45:11 46:9
against 27:17 32:23
  38:11 40:1,25 45:15
  48:12 50:12 54:14,19
  57:4,5
AGENCIES 1:11
agency 44:17
ago 30:8 37:16
agree 4:12 17:12
agreement 17:11 20:3
  20:3,5 22:5
ahead 38:17 40:12
Ala 1:19
already 48:25 49:5
America 1:7,18 2:9 4:2
amount 6:12,13,18,20
  6:21,24 9:12 10:10
  23:22 45:21 46:17,19
  48:7 50:12
amounts 46:4
ANN 1:24 58:5,24
annual 20:3 37:13
annualized 20:4
annually 37:4
answer 28:3 29:8 33:19
  34:3 38:22 39:11,15
  40:9,17,19 49:24
  51:7 52:25 55:3,8

answered 41:9
anybody 5:15 17:16
anyone 55:8
anything 16:14 27:13
  27:19 30:20 35:9
  36:25 38:17 45:6,6,9
  54:1,5,8
anyway 26:7
anywhere 17:19
APPEARANCES 2:1
appeared 58:6
applied 29:16 41:8
approximate 21:18
  55:11 56:14
approximately 13:9
  14:5,13,16 15:14,17
  16:20,21 23:8,15
  26:2
archives 25:16
around 25:2 54:2,13,22
arrangement 6:17 11:1
  11:3 20:7 26:22 27:3
  44:21,22 50:19,20
arrangements 5:10
  26:19
asked 57:6
asking 6:19 22:19
  23:24 24:3 44:11
  51:16 54:8,23
assets 40:6,7 52:22
  53:6 57:4
assignable 22:11,16
assigned 22:13
associated 15:4
assurance 53:21
attention 35:5 45:25
attorney 30:7,17 53:23
  53:24 54:16,19 55:1
  58:17
attorney's 56:6
auction 9:22
authorized 4:25 5:13
  22:1
auto 24:12
automatic 48:6
automobiles 56:12
average 14:6 18:4
aware 18:11 56:7 57:7
  57:10
a.m 1:21 57:14

**B**

back 8:24 12:14 19:11
  24:2,16 26:7 35:19
  36:18
background 4:10
balance 11:23 21:10,13
  21:16 23:7,9 24:19
  24:22 25:3 27:10
  40:21 52:4,7
bank 5:1,2,3,9,11 6:8

7:19 8:20 9:23 10:4,5
  12:4,7 13:4,5 18:7,16
  19:13 26:16 32:5,6,9
  32:22 36:7 41:4,14
  41:16 43:25 44:7,9
  44:13 49:22 50:6,15
  51:2 52:11,15,23
  53:8
bankruptcy 30:7,16
bank's 48:12,14 50:8
based 54:25 55:25
basically 20:4
basis 52:18
became 24:5 28:12
before 1:24 4:8 15:7
  23:2 35:13 37:10
  55:23 58:6
behalf 1:16,18 4:2,25
behind 31:22 38:17
being 26:5 31:17 58:8
believe 24:17 32:11
  45:24 46:24
besides 4:16 16:13 38:7
  47:9
best 6:5 58:12
better 29:8 30:23,25
  47:7
between 15:24 38:3
  54:24 55:5
Big 36:1,25 37:8,25
  38:11 40:2,25 42:11
  42:17 43:11 44:22
Bishop 2:13 16:7 31:10
blue 7:25 8:2,6 9:5,7,7
  9:9,11,16,17,18,20
  9:25
board 5:17 6:1 28:5
book 8:1,2,6 9:5,7,8,10
  9:11,11,16,17,18,20
  9:25,25
borrow 21:5
borrowed 10:8 11:24
  21:7 23:4 41:6,24
  42:3
borrower 42:13
both 7:5,6 10:15 18:18
  38:6 47:1
bought 7:14
Boulevard 1:20
branch 32:8,11
break 35:14 36:14
bring 12:19
brought 35:5
bucks 26:3
bulk 50:19
business 16:11 18:8
  24:12 30:6,23 47:6
buy 8:11
buys 12:18 49:16

**C**

C 46:10 58:1,1
calculation 12:3
call 9:14
called 4:2 18:9
CAMPBELL 1:24 58:5
  58:24
capacities 5:7
capital 24:10,12,17
capitalization 10:7
  21:12,14
car 7:10,14,17,20,25
  8:1,6,10,11,11,12,19,23
  12:6,8,18 15:9,10,13
  15:22,24,24 16:13
  17:1 18:8,24,25 19:3
  19:4,9,10 26:13,15
  26:20 27:1 28:19,20
  32:2 44:17,17 47:24
  48:7,21 49:3,4,5,7,13
  49:16 50:4,5,13,17
  50:21 51:6,14,24
  52:9,9,16
care 31:20 33:18 48:22
  48:25
cars 7:4,5,5 9:4 10:2
  11:4,10,25 12:2,11
  14:4,12,18,18,21,23
  15:15,16,18 18:15,17
  18:17 28:21 48:1,3
  50:20 51:18,20
case 17:11 28:8 40:4
cases 48:14
cash 24:4,7 25:4,7
  27:17 49:16
cashier's 12:19 50:4,5
cause 58:18
Center 2:5,12
certain 22:19 23:4 56:8
Certified 1:25 58:25
certify 58:5,17
chance 40:14
change 40:23
changed 9:20
changes 58:15
charge 44:19
cheapest 14:15
check 7:3 12:15,19
  23:17 25:17 28:15
  37:15 45:7 50:4,5,9
  50:11 51:4,11
checks 5:13 23:19,21
  25:8,10
City 2:5 58:4
Civil 1:3 58:14
claim 53:5
clarify 36:20,25
clean 31:18
clear 47:24 51:4,11
closing 30:21
collateral 10:21,23
  42:8,16,22,24 53:9

57:8
collection 46:21
comes 16:14 26:6,7
  49:8
coming 33:3
commencing 1:20
commensurate 46:19
  46:22
commission 47:4
commissions 15:11
  16:2,23
company 10:8 25:5,8
  35:5,6 40:5,6 41:25
  46:12
compensation 25:21
completion 58:16
concerned 58:18
concluded 57:14
conclusion 30:13
condo 25:25 45:2
condominium 34:9,11
  34:20 35:16 37:21
confidentiality 17:11
confirming 36:21
connected 38:16
consent 18:20 19:1,2
  21:4 57:3
contained 58:7
contract 22:4,10,15
contracts 22:7
contributed 25:7
conversation 30:9
convert 12:24
corp 26:5
corporation 1:4,8 35:1
  35:23
CORPORATIONS
  1:10
correct 8:7 10:17 11:22
  12:1 13:7,22 21:22
  23:5,6 24:24 28:1
  30:12 32:20 33:17
  34:10 35:10 42:5,7
  42:25 43:13 48:4,9
  49:14,21 50:7,14
  51:12 53:7,10 56:10
  56:13 58:12
correctly 42:21
cost 9:12 14:23 15:8,21
  15:24 28:21,23,25
  29:24 48:2 56:14
costs 14:24,25 15:4,7
  29:11 56:6
COUNTY 58:4
couple 22:18 27:16
course 16:2
court 1:1 17:20 52:25
cover 21:6 32:1 33:9
covered 22:3 33:8
CPA 26:4 36:21
creates 49:11

CSR 1:24 58:5,24
curious 24:13
current 18:6 19:12,15
   19:22
currently 18:14 42:2
customer 7:14 19:5
Cutter 23:3,3
CV08-00419 1:3

**D**

D 3:1
daily 5:11
date 23:13 53:13 55:7,9
   55:17,20
DATED 58:19
David 4:21 46:10,11,12
   47:11
day 19:7 20:19 58:19
days 12:25 20:5,8
dba 1:3,17
deal 5:1,6 16:12
dealer 22:1 44:17 49:8
deals 5:9
Debbie 5:11,14 22:24
   22:25 25:17,20 28:15
   28:16 33:20,22 45:7
debt 10:6 28:10 41:8
debts 40:7
decision 28:4,5,6,7
   54:9
declining 27:10
deed 24:11
default 19:25
Defendant 1:18 2:9 4:2
Defendants 1:14
defining 37:9
demo 26:22 47:10
demonstrators 26:22
   26:23
demos 26:24 27:1,4
Dennis 2:4 35:2,5
   36:12 43:3 46:15
department 13:11,16
   13:24 17:4,5 49:10
depending 11:10
depends 7:10
deponent 58:15
deposited 51:1
deposition 1:15 17:9
   57:14 58:7,10,16
describe 21:24
described 21:17 31:25
   50:25 53:6,8
determine 7:8,21,22
determined 7:23 11:23
devastating 24:25
difference 15:23 43:5
different 5:6,7 9:18
   26:20 32:10
differently 26:23
directly 36:7 37:7

directors 4:18 5:18 6:1
director's 28:5
disclose 17:16
discovery 39:7
discussed 26:19 28:11
   36:11
disseminated 17:14
DISTRICT 1:1,2
dive 24:13
docs 33:24
document 6:15 16:15
   23:14
documented 53:21
documenting 16:12
documents 22:18,19,23
   33:25 34:1 51:23
   57:7
DOE 1:10,11,12,13
doing 20:5
dollar 23:11 42:9,14,17
   42:21,22 43:2
dollars 15:21 23:18
   27:17 42:2
done 18:19 30:20 46:20
down 26:6 28:10 30:21
   41:15 58:10
draw 27:18,23 28:10
   36:22,22
draws 45:5,10,11,13
drive 47:10
drives 50:4
duly 4:3 58:9
during 48:6

**E**

E 3:1 58:1,1
each 5:8,8 6:16 10:10
   11:5 27:9 45:1
earlier 26:19 31:3,12
   44:20
ears 39:13
earth 20:25
easier 30:1 50:3
effect 20:10
elected 26:4
electricity 16:11
employees 17:5 29:5
   46:6 47:16
encompasses 50:20
encumbered 52:5
encumbering 57:8
enough 33:5,6,9
ENTITIES 1:13
entity 35:24 36:10
equate 15:15
equipment 56:8,11,15
   56:18,21
equity 20:22 21:6
ESQ 2:4,10,11
estate 16:7 31:10 34:13
   34:17,24 35:16,18,20

35:21 36:2,10 37:9
   37:11
ever 5:18 27:19 31:5,13
every 6:14,18,21 10:6
   27:11 48:7,15,16,18
Everything 10:23
evidently 23:23,25
exact 6:13 55:9,17,20
exactly 47:5,8
examination 3:5 4:6
   38:20
examined 58:8
example 7:17 56:11
except 17:19
excess 15:8 27:14 52:16
EXHIBITS 3:15
expense 16:12
expenses 15:12,13,25
   16:3,18,19 25:25
   29:5,7,16 33:10
explain 7:7 18:12 30:2
   30:3
explained 18:22 39:3
exploring 43:6

**F**

F 58:1
fact 54:12 55:5,6
factor 16:5
fall 55:10
far 19:21 24:2
fee 45:3
feel 17:15
fees 56:6
fell 20:25
fifteen 15:16,19
figure 7:2 15:20 16:22
   17:23 29:9,10,19,23
   34:1
figures 28:19,20,22,23
   29:1 31:11
file 53:11,18 54:10
   55:25
filed 53:13 54:2,12,13
   54:16,18,20,22,23,25
   55:6 56:4 57:5
filing 55:11,23 57:4
finance 8:11 9:2
financed 7:11,13,13,21
   7:24 8:3,14,19 11:11
   26:15,18,21,23
financial 5:10 16:9
   29:6 30:1
financials 28:14
financing 10:18 27:3
find 40:5
first 2:12 4:3 5:3,6 6:8
   7:19 8:5,11,21,24 9:2
   9:8 10:4,5 12:4,9
   17:17 18:7,19,23,25
   18:25 19:12,21,24

21:3,7 26:15 32:6,8
   32:12,15,19,22 36:7
37:8 38:15 39:1 41:4
   41:14,15,18,21 42:6
   43:24 44:6,9,12
47:24 48:2 51:2,4,5
   52:23 56:20 57:3,5
   57:11
five 6:2,5 45:20
fixed 10:10
floored 11:11
flooring 6:17 11:1,3,24
   20:3,5 26:18,21
   50:19
flows 41:4
follow 50:1
follows 4:5
foregoing 58:12,13
form 25:8 58:11
formula 7:8 27:7
four 45:20,24
franchise 22:12 44:17
franchised 22:1
from 9:17 10:8 12:18
   14:3,11 18:23 21:7
   23:4,21 24:22 25:21
   27:15 37:3 40:22
   41:14 42:6 45:1
   46:12 49:8
front 16:15 30:1
funded 51:25
funds 32:1,23 48:2
   51:21
funnel 26:6
further 58:17

**G**

garnishment 32:21
gather 22:23 48:2
   54:18
gave 15:20 17:22 28:19
   29:9 31:11 43:17
gets 47:10,24
give 7:17 11:15 12:16
   12:20,21 13:2 17:17
   38:23 39:12 41:13
   49:16 50:15,16
given 19:24 43:19
giving 39:9,23 40:14
go 4:9 8:24 13:3,3 19:9
   24:16 26:10 30:5
   33:24 35:19 40:12
   49:19 50:6
goes 27:17 36:7
going 7:20,22 17:10
   18:12 40:17,18 53:2
gone 20:25
good 14:7
GOVERNMENTAL
   1:11
gross 18:1 28:22 29:12

29:13,15,15
grow 24:22
growing 53:20
grown 25:3
guarantee 43:17,19
   44:16
guaranteed 43:16 44:5
   44:10,13
guess 5:5 6:19 9:7 24:3
   28:7,8 29:14 43:5
   45:3 51:16
guessing 55:15

**H**

hands 50:2,3
happen 50:24
happened 20:23 54:1
happening 54:3
hard 24:14,24
having 31:19
Hawaii 1:2,4,20 2:7,14
   5:1,2 13:1 58:2,9,14
   58:19
Hawaiian 2:12 5:3,7
   6:8 7:19 8:5,11,21,24
   9:2,9 10:4,5 12:4,10
   18:7,23 19:13,21,24
   21:8 26:15 32:6,8,13
   32:16,19,22 36:7
   37:8 38:15 41:4,14
   41:15,18,21 42:6
   43:24 44:6,9,13 48:2
   51:2,4,5 52:23 56:20
   57:3,5
Hawaiian's 18:19 19:1
   21:3 47:25
held 5:17
Help 46:14
hereto 58:17
high 11:13
highest 11:20
highly 46:20
Hilo 47:13,19
him 34:15 38:21 39:10
   39:11 40:8,18 44:10
hit 24:14
holder 43:11 53:5
holds 12:10
honest 9:24
Honolulu 1:20 2:7,14
   58:4,19
Hopefully 48:13
hoping 25:1
hours 51:13,25 52:3

**I**

idea 56:16
IDENTIFICATION
   3:15
Inc 1:3,7,16,19 2:9 4:3
includes 16:23,25 17:4

income 14:20 29:15
36:23,23 37:5 40:6
45:6,16
increase 48:15
incurred 23:12
indebted 24:6
indicate 14:18
indication 38:24 39:13
39:24
Individually 1:16
industry 25:1
information 17:10,12
instruct 40:18
instructing 38:21 40:8
intention 17:19
interest 11:6,22 27:5,8
27:9,11,11 34:25
35:22,24,25 36:6
41:2,11,20,21 42:23
43:1 45:2 48:16,17
48:18,25
internet 9:19
Island 36:3,25 37:8
38:1,11 40:2,25
42:11,17 43:11 44:22
issue 38:13
issued 22:14 49:20 51:3
issues 40:4
Isuzu 1:4,7,17,18 2:9
4:2 54:14,19 55:6
56:5
Isuzus 20:19,22,24
items 16:25

J
Jack 1:15 4:1 23:21
58:7
Jackson 1:3,15,17,19
4:1,8,21,21 21:21
23:22 39:14,25 40:13
40:16 57:13 58:7
JANE 1:9
JJCO 1:3,16 4:14,18
4:22,25 5:17 6:1,7,15
7:13 8:8 10:23 17:24
18:2,6 19:12 22:19
22:22,25 23:4,17,22
24:5,9,11,14 25:11
25:21,24 26:4,13
27:15,21 28:13 30:5
30:21 31:2,5,9,13
32:3,5 34:8,16,23,24
35:14,21 36:6,9 37:3
37:11 38:2,4,16
40:22,25 41:2,7,14
42:4,13,23,23 43:4,7
43:8,8 44:21 45:1
46:6 47:16 53:12
56:9,25 57:1
JJCO's 13:8 14:3,11
32:18 38:4 43:20

44:5
JOHN 1:9
judgment 46:21 56:5
June 1:21 58:6,19
junior 57:9
just 15:2 17:8 18:22
24:17,25 25:16 29:18
36:10,20 37:15 40:10
41:9 44:25 45:15
50:25 54:23

K
Kamehameha 31:14,23
Kapiolani 32:11
keeping 17:24
Kelly 9:11,16
kept 25:1
Kidani 53:25 54:17
kind 13:3 47:23 49:16
50:16
KING 2:4 17:8,21
34:14 36:15 38:12,19
38:23 39:3,8,12,16
39:20,23 40:3,10,14
40:18 41:9 43:4 44:6
46:16,22
know 5:5 13:13,14
19:23 22:15,17 25:10
25:14 28:9,13,17
33:19,20 34:3,5,7
38:16,20,25 39:4,5
46:2,5,16 47:5,8 50:3
51:22 53:2,13 56:17
known 31:17
knows 19:22

L
labor 16:13 17:1,1 29:2
29:3,19
landlord 16:6 31:17
larger 33:17
last 5:17,20 11:16,19
13:17,25 14:7 15:16
20:9,15 30:10 45:24
52:15
law 13:1
lawsuit 54:13,18,20,22
55:7,14,16,18,21,23
56:4
learned 48:5
Legislature 58:9
LEK 1:4
less 27:11
let 36:20 50:24
let's 35:3,19 50:1
Lex 2:10 17:8
licensing 19:8
lien 47:25 48:12,15
49:23 50:8,17 51:5
52:15,19 56:20
liens 52:22

like 5:5 13:6,21 17:1
26:1,12 44:22
line 11:24 32:10
list 50:23
listed 17:1
listing 50:20
litigation 17:13
little 47:3,7,7,13 54:6
loan 6:7 9:12 11:1
21:10,12,14,17 24:8
24:15,18 26:20 27:25
32:24 36:5 38:15
40:21,25 41:23 42:9
42:14,17,21,22 43:2
43:4,7,8,9,14 48:18
48:23 51:23 53:12,19
57:7
loaned 50:12
loans 8:5 9:9 18:7
19:22 23:7 25:11
27:20 40:1 53:20,22
57:9
located 34:11
long 20:7 22:25 30:8
look 9:19 23:13 24:16
26:10 33:24
looking 29:14
lost 56:5
lot 4:9 54:3
loud 52:25
low 11:12
lower 9:13
lowest 10:1 11:17

M
machine 58:11
made 6:10 27:4 47:5
53:12,19 58:15
mail 13:6
maintenance 25:25
34:8 37:14,16 44:18
45:2,4
Majority 9:6
make 6:7 7:19 31:2,5
31:13 34:16,23 43:5
makes 37:11 58:15
making 40:10 47:6,7
52:14
management 29:4
manager 47:4
manufacturer 49:8
manufacturer's 49:9
many 6:4 7:4 11:10,25
15:14,17 26:24 37:23
38:10 40:1
Marc 4:21 46:10,10
47:3,10,19
MARIA 2:11
match 50:22
matter 57:11 58:13
may 18:3 29:10 33:21

55:9
maybe 6:6 11:21
mean 6:24 7:13 16:16
24:18 44:6 52:22
means 18:15 53:4
meant 6:25
mechanics 47:23
meeting 5:18 6:1
meetings 6:4
memory 6:5
met 4:8 29:5
Michigan 1:8
million 21:20 23:11,18
24:4,6 42:2,3,9,13,17
42:21,22 43:2
mind 16:14 55:4
minute 34:14
minutes 6:3
Moana 1:19
moment 17:18 35:12
money 13:4 18:24 21:5
21:7 23:4 25:1 36:5,7
37:7 41:3,3,6,24 50:1
51:1
month 6:14,16,18,21
10:3,6,11 11:5 13:17
13:18,25 14:1,6,7,8
14:19 15:16,18 16:5
17:23 18:4 27:9,12
27:14 31:2,9 33:2,12
37:5,7 40:21 41:20
45:1 46:25 47:2,6
48:15,16,19
monthly 6:10 10:3 12:4
13:8,15,23 14:4,11
16:19 18:1 21:18
27:6 44:18
months 11:16,19
more 9:4,8 47:3,7
48:11 54:6
mortgage 36:4,4,8 37:8
39:1,1,2
mortgages 38:10
most 48:14
Motor 49:10
Motors 1:7,18 2:9 4:2
moving 6:25 11:9
MSO 49:7,9,9 51:3
much 6:15 7:2,8,21,23
8:3 10:3,13 11:4,8,23
42:1 44:18 46:11,12
47:8 57:13
multiple 23:19
myself 4:15,19 5:14

N
N 3:1
name 12:25
names 4:20 46:9
necessarily 11:25
necessary 34:1 46:15

need 4:9 7:16,17 16:15
17:16 19:2 24:18
35:2,9 38:16,19,25
39:4,4 46:16 52:25
needed 24:14,17 44:16
53:21
negative 20:22 21:6
net 14:23 15:21 28:21
28:23,25 29:2,3,10
29:14,19,24
never 28:11,12 51:4
57:6
new 7:5 8:11 14:12,14
14:15,18,18 15:15,16
18:17 20:19 22:2,13
27:1 28:20 32:2 48:1
48:2,7 49:3,7
nicest 31:17
ninety 20:5,8,19
ninth 39:2
None 3:16 44:14
normally 8:15 9:14
22:12
note 10:7,7 27:11 35:6
41:3 43:16
notes 10:5,9,15,17,22
10:24 21:18 36:6
37:2
nothing 4:4 10:18
47:10
notice 1:22 19:25 20:4
number 12:2 14:25
15:1,23 46:20 50:22
50:22,23
numbers 9:21 14:17
29:16 31:3
numerous 26:11

O
object 17:17
objection 40:11
obligated 6:16 12:24
48:7
obligation 11:23 12:4
23:12 41:15 52:6
obligations 19:12,15
20:1 32:1,18 35:15
43:20,24 44:4,9,12
obviously 11:6 16:11
24:9 33:3
Occasionally 27:16
off 12:7 13:19 14:20
16:10 19:9 20:25
32:22 49:25 50:21,23
51:21
office 16:12 47:22
officer 4:23
officers 4:22
Offices 1:19
offset 33:4
often 45:10

oh 9:22 13:12 16:15
46:24 52:17
okay 4:11,14 5:22,25
6:4,7 7:2,7,12,16,16
7:23 8:2,5,8,17,23
9:7 10:1,1,9,25,25
11:3,8,12,19 12:2,9
12:23 13:2,20 14:3,9
14:17,22 15:2,6,17
16:17,19 17:21,22
18:6,14,22 19:11,11
19:15,17,24 20:15,17
22:3,15,18 23:15,21
24:3,11,19 25:3,13
25:15,18 26:9 28:8
28:13,16 29:1,9,18
29:23 30:5 33:20
34:5,23 35:7,9,9,13
35:19,19 36:18,20,24
37:9,18,25 40:12,20
40:24 41:5 43:10
44:11 45:8,12,14,17
45:20,23 46:2 48:5
48:14,21 49:3,15,22
50:1,8,11,15,24
51:10,13,16,22,22
52:2,4,18,21 53:4,15
53:17 54:21 55:4
56:3,8,17 57:12
once 29:6 50:21 51:25
one 9:8,19,23 10:6,7
14:18 20:2 22:13
25:13 26:6 28:16
34:12,20 35:6,8,16
37:20,24 38:15 40:7
44:19
ones 33:14 43:22
only 4:23 17:12 20:5
33:4 52:14
open 17:24 39:13
operating 14:20
opportunity 17:17 39:9
58:15
options 39:22
order 48:3,8
ordinary 36:23 37:4
45:5
Oregon 37:13 45:4,4
organization 23:3
origin 49:9
original 23:9
other 4:16 9:23 10:5
14:24,25 15:12,13
16:2,3,12,25 19:9,17
21:16 22:7 24:5 29:4
29:5 32:3,6,18 34:13
34:17,24 35:1,16,24
36:2,9,10 37:10,11
38:7 42:17 44:4,12
44:21 47:15,16 52:8
others 37:18

out 7:2 9:11,17,25 18:9
18:14 19:7,16,17
30:6 32:12,15,19
34:2 40:5 46:15,18
50:4 52:25
outstanding 37:2
over 45:6 52:15,16
56:20
overhead 17:23 52:14
owe 41:3
owed 21:13 24:20
41:21
owes 27:21
own 34:13,18 38:6
56:25 57:4
owned 35:21 37:21
40:5 42:23 43:15
owner 37:25
owns 34:20 57:2

P
page 3:5,15 58:7
paid 11:7 18:16 26:23
27:5 31:19 32:12,15
32:19 35:14 37:7
50:21 52:16
paperwork 13:4 49:19
Pardon 44:3 55:19
part 21:10
partial 27:20,24
particular 50:21 51:20
parties 17:14 58:17
partnership 35:1,23
PARTNERSHIPS 1:12
parts 13:23 17:4 22:2
28:22,24,25 29:23,24
31:4 32:1
party 58:15
past 6:2,5
PATRICIA 1:24 58:5
58:24
pay 6:16 10:10 11:4
12:7 19:9 28:10 31:9
33:1,14 36:5 41:15
45:25 48:15,18 49:25
51:20,21,24 52:9,11
payable 37:3
paying 36:6 41:1,2 43:7
43:8,9,9,14
payment 7:8,18,21,22
10:3,13 11:17 15:3
21:19 31:14 45:2
payments 6:7,10,12
34:17,23 36:9 37:10
payoff 51:20
payroll 13:8,10 16:22
31:2,6 32:12 33:1,6,8
pays 25:24 26:4 34:8
37:13,16 41:7,20
penalties 31:19
people 5:6 47:15

per 15:18 17:23 31:9
percent 9:3,9 13:19
37:4
period 51:23
peripheral 25:25
permissible 39:7
permit 49:20
personal 35:15 43:17
43:19 44:16
personally 34:15,19
44:5,9
piece 37:12
place 20:8 57:11
Plaintiff 1:5 2:3
plan 31:18
plans 30:5
play 12:3
played 54:9
point 49:22 52:4,14
possibly 30:20
power 16:11
precise 7:1
president 4:24
presumably 48:11
pretty 14:7
price 9:5,8,19 50:4
principal 12:6,7 27:5,6
48:22 50:12
print 9:16
prior 58:8,16
probably 36:12
Procedure 58:14
proceedings 58:12
process 13:3,4 49:19
produced 22:19 25:11
25:12 28:14 34:2,6,7
46:3
profits 14:23
prohibit 57:8
properly 53:22
Properties 38:2,5
property 26:3 37:13,15
40:4 43:11,15,16
45:3,4
provide 19:4 26:13
provided 24:4
provides 13:5
purposes 17:8,13 19:8
38:20
pursuant 1:21 56:23
58:9,14
put 10:8 20:4 25:4
41:24 42:3 50:6
52:10
putting 25:1

Q
question 19:11 29:8
35:13,18 39:15 40:1
40:17 41:10 49:24
53:3

questions 46:21

R
R 2:10 58:1
range 14:9
rate 27:8 43:1
rather 7:13
read 16:10
ready 16:13 17:2
real 34:13,17,24 35:15
35:18,20,21 36:2,9
37:9,11
really 24:13 38:19
reason 24:8 28:9
recall 5:19,21,25 11:17
11:18,21 32:24 33:15
35:10 44:14 45:9,25
receipt 50:16
receive 25:21,23 27:13
27:15,19 40:21 41:14
46:11,13 47:1,9
recently 9:20
recess 35:3,4 36:17
recollection 20:18
record 36:19
records 46:2
recurring 6:23
reduced 58:11
reflect 25:10
refusing 39:15,16
regard 5:8
regarding 36:25 44:22
regards 5:4
registration 12:21,22
related 20:19 34:17,24
47:17
relating 35:15
relationship 21:21,24
22:3 38:3,7 54:23
55:5 56:1
relative 43:3
release 49:23
released 50:18
relevance 38:12 39:5,9
39:13,17,19,24 40:15
55:22,24
relevancy 55:22 56:2
relevant 38:14,24
39:22 40:3 46:14,20
remember 20:20 24:2
remembered 20:13
renewal 20:19
rent 16:5 31:9,14,22
32:15
reoccurring 6:18
repair 56:12
repayment 27:20,20,24
27:24
repeat 39:25
reporter 1:25 53:1
58:25

represents 15:3 58:12
request 58:14
requested 22:23
residence 36:3 37:1
38:1,11 40:2,25
42:10,11,18 44:23
responsible 22:22
rest 25:15
result 31:16
revenue 13:15,23 14:3
14:11 15:7,8 16:1
18:1 19:9 28:22
29:10,13 31:1,8,11
32:3 33:3,9
review 58:15
Richards 2:6
right 6:21,22 7:15
10:20 15:14 17:2,24
18:10 20:16 25:20
26:8 28:4 33:7 34:9
40:5 43:12 46:8 48:3
49:6,18 52:6,24
53:16,17 54:12 56:9
role 54:9
Rule 58:14
rules 39:7 58:14

S
S 26:5
salaries 46:17
salary 25:24 45:1 46:11
46:12,18 47:9
sale 12:13 14:4,20 15:4
sales 14:12,18 15:11
22:5 28:19,20 31:4
32:2 47:4
salesman 16:3,23 47:11
salespeople 16:13
same 6:20,21 12:15
48:1 49:4 50:5
54:13,22 55:10 56:23
57:4
satisfy 36:8 37:8
saying 9:8 39:4
says 38:16 52:1
scenario 50:25
Schools 31:14,23
second 35:2
secretary 4:24
see 16:9 24:16 29:6,7
29:13 39:5 55:22,24
seen 22:20
sell 8:23 9:4 10:2 11:4
12:6 14:14,15 15:18
18:24,25 19:2,4
47:25 48:10,11,21
51:14 52:8,9
selling 15:13 22:2
send 13:5
September 55:12,14,15
serial 50:21,22

| | | | | |
|---|---|---|---|---|
| **served** 22:18 32:21 | **source** 31:1,8,25 32:3 | 32:23,23 46:9,17 | **typical** 13:18 14:1 | **weekly** 51:17 |
| **service** 10:6 13:10,16 | **specific** 48:7 54:7 | 50:23 52:20 57:5,7,8 | **U** | **well** 5:5 7:10,20 9:4 |
| 17:5 22:2,5 28:22 | **specify** 51:23 | **thing** 17:2 48:1 | | 11:6,9,16,21 12:6 |
| 29:1,2,14,19 31:4 | **spoken** 30:16 | **things** 17:6 26:1,11,11 | **UCC-1** 52:20,24 53:1,5 | 17:2 18:22 20:2 21:5 |
| 32:2 47:14 | **sporadic** 45:18,21 | 26:11 54:3 | 53:6,11,14 54:2,10 | 23:24 24:1,3,9,24 |
| **Session** 58:9 | **SS** 58:3 | **think** 4:9,23 5:23 29:6 | 54:22,25 55:6,11,15 | 25:20 26:2 27:9 28:4 |
| **set** 32:22 45:19 | **started** 20:9,21 | 38:14 39:8,21 41:9 | 55:23 56:23 57:4,5 | 34:20 38:10,12 39:6 |
| **seven** 35:8 | **state** 31:17 40:15 51:3 | 46:18 52:1 55:12,12 | **unable** 31:5,13 | 39:23 43:4,6 50:1 |
| **seventy** 33:15 | 58:2,9 | 55:25 57:11 | **under** 26:18,21 58:11 | 51:19,22 54:21 56:3 |
| **shareholder** 45:5,10,11 | **statement** 16:10 49:9 | **thinking** 16:3 | **underpaid** 46:24 | **went** 20:11 47:23 51:2 |
| 45:13 | **states** 1:1 6:15 | **third** 11:1 17:14 39:1 | **understand** 15:2 17:9 | **were** 21:17 22:23 24:25 |
| **shareholders** 4:14,16 | **stating** 14:17 | **thirty** 12:25 19:7 | 52:13,24 53:1,3,4 | 28:21 32:23 35:13 |
| **sheet** 9:12,15,16,17,25 | **still** 26:10 33:3 51:5 | **though** 27:8 | 55:2 56:4 | 53:20 |
| **shop** 47:13 | **stockholder** 27:18,23 | **thought** 20:13 24:12 | **understood** 42:20 | **weren't** 25:16 |
| **shortfall** 37:5 | 28:9 | 29:18 40:24 | **UNITED** 1:1 | **whichever** 9:13 |
| **shorthand** 1:25 58:11 | **story** 32:10 | **thousand** 27:17 | **Unless** 38:23 | **while** 37:16 |
| 58:25 | **Street** 2:6,13 | **three** 9:21,24 26:25 | **use** 9:11,25 56:11 | **whole** 4:4 |
| **show** 29:7 39:9 46:3 | **sub** 26:5 | 53:18 | **used** 7:5,25 8:10,12,19 | **wholesale** 9:9,21 |
| **showing** 50:17 | **subject** 28:12 | **through** 4:9 41:4 47:23 | 8:23 9:4 12:10,18 | **willing** 17:12 |
| **side** 26:22 | **sued** 55:5 | **time** 5:17 8:11 9:6 | 14:4 15:17 17:10,13 | **wind** 48:6 |
| **sign** 5:13 | **Suite** 2:12 | 12:15 20:6,10,17 | 18:17,24 28:19 32:2 | **window** 11:15 19:8 |
| **signed** 37:15 | **supervision** 58:11 | 48:3 51:14 54:2,13 | 36:4,4 47:24 49:4,5 | 51:20 |
| **significant** 54:9 | **suppose** 10:2 49:24 | 54:22 55:11 56:4 | **uses** 9:24 31:2,9 | **witness** 36:12 43:3 |
| **simple** 27:10 52:12 | 50:25 | **times** 24:14,24 45:20 | **using** 17:19 | 46:14 55:19 58:7 |
| **single** 4:15 | **supposed** 51:10,15,24 | 45:24 | | **words** 52:8 |
| **situation** 18:8 | **sure** 9:23 23:20 27:6 | **title** 8:13,18,21,25 | **V** | **work** 23:2 24:10 46:19 |
| **six** 24:6 35:6 | 36:16 51:8,9 52:1,3 | 12:14,16,25 13:3,5 | **value** 7:10,17,20 8:1,2 | 46:23 47:19 |
| **slightly** 55:16 | 52:13,17 54:20 57:2 | 18:23 19:5,10 43:11 | 8:6 9:22,22,23 27:14 | **workout** 31:18 |
| **small** 26:11 37:12 | **sworn** 4:3 58:9 | 49:3,11,17,20 51:3 | 37:15 | **works** 47:13,21 |
| **Smith** 2:10 3:6 4:7 | | **titled** 49:5,7 | **values** 9:24 | **worse** 30:23 |
| 17:15,22 20:13 34:16 | **T** | **titles** 12:10 | **varies** 27:6,8 | **worth** 16:18 37:14 |
| 35:3,7 36:14,16,18 | **T** 58:1,1 | **today** 21:13 24:20,23 | **vary** 6:13 27:9 | 56:18 |
| 36:24 38:14,21,25 | **take** 8:8,13,17,18,21 | 32:10 38:4 | **vehicle** 51:5 | **wouldn't** 24:18 |
| 39:6,10,14,18,21,25 | 10:9,25 12:15 13:4 | **told** 31:3 35:6 39:18 | **vehicles** 10:18,21 49:10 | **write** 7:3 23:17 50:9,11 |
| 40:8,12,16,20 41:13 | 19:9 27:16,23 35:3 | 44:20 | **vendors** 33:16,17 | 51:10 |
| 43:6,10 44:8,11 | 36:22 45:10 48:22 | **tools** 56:25 57:1 | **very** 57:13 | **wrote** 23:21 51:4 |
| 46:18 47:1 56:3 | 50:5,5,23 | **total** 23:22 26:2 | **via** 50:21 | |
| 57:12 | **taken** 1:18 31:20 35:4 | **towards** 30:20 | **VIN** 50:22 | **X** |
| **sold** 7:4,4 11:25 12:3 | 36:17 48:25 58:10 | **trades** 8:10 | **Volvo** 1:19 14:14,15 | **X** 3:1 |
| 15:24 18:9,14,15 | **taking** 18:24 37:4,6 | **trade-ins** 8:8 | 21:21,22 22:8,10 | |
| 19:7,16,17 21:1 | **talk** 35:2 | **transactions** 5:12 | 44:15 | **Y** |
| 22:13 47:24 49:12 | **talked** 12:9 19:8 28:20 | **transcript** 58:12,15 | **Volvos** 22:2 | **Y** 2:11 |
| 51:18,24 | 30:7 | **treasurer** 4:24 | **vs** 1:6 | **yeah** 4:24 14:7 20:16 |
| **SOM** 1:4 | **talking** 11:10 34:15 | **treated** 36:23 45:5 | | 21:5 |
| **some** 13:3 24:5 25:12 | 35:20 56:1 | **trial** 20:11,17 30:14 | **W** | **year** 5:20,24 20:9,15 |
| 25:15,24 26:3 29:10 | **target** 7:1 11:9 | 48:6 | **Wait** 34:14 | 30:10 37:6,16 45:3 |
| 38:23 39:12 49:16 | **Taryn** 6:3 28:11 36:13 | **true** 58:12 | **walks** 49:15 50:2 | 45:20,25 47:6 |
| 50:16 53:21 57:1 | **tax** 26:3 | **trust** 18:9,14 19:7,16 | **WANG** 2:11 20:12 | **years** 6:2,5 53:18 |
| **somebody** 8:10 12:18 | **taxes** 26:6 | 19:17 34:22,25 35:22 | 55:17,20 | |
| 49:15 50:2 | **telephones** 26:11 | 37:21 | **want** 17:18 39:10,12 | **$** |
| **something** 9:15 13:6,21 | **tell** 4:3 5:7 13:12 17:16 | **trusts** 37:23 | 54:6 | **$1,000** 27:14 45:6 |
| 35:5 36:20,21 37:17 | 25:19 39:10,11,16 | **truth** 4:3,4,4 | **wanted** 47:25 | **$1,600,000** 23:22 24:12 |
| 47:12 48:5,11 54:14 | 46:8 54:21 | **try** 48:1 | **wasn't** 56:7 57:10 | 24:15 |
| **sometime** 20:9 30:11 | **temporary** 12:21 13:2 | **trying** 15:2 44:25 | **Waterfront** 34:12,21 | **$1,800** 45:2 |
| **sons** 4:19,20 46:6 | 49:17 | **turn** 25:2 | 35:17 37:20 44:19 | **$10,000** 25:24 45:1 |
| **sorry** 5:3 24:1 25:19 | **Tesoro** 5:11 22:24 | **turned** 49:10 | **way** 20:23 24:5 26:5 | **$100,000** 13:20 |
| 37:12 46:8 | **testified** 4:5 | **twelve** 11:16,19 | 35:1 37:9 55:24 | **$15,000** 11:21 37:5,7 |
| **sort** 17:2 | **testifying** 20:14 | **twenty** 15:19 | 58:18 | 40:21 45:2 |
| **SOT** 19:23 | **testimony** 20:18 42:20 | **two** 4:19 6:6 10:5,9 | **ways** 20:2 | **$150,000** 16:22 31:2 |
| **sound** 53:15 | **Thank** 57:13 | 14:18 21:17 54:24 | **Wednesday** 1:21 | **$2,000** 36:22 |
| **sounds** 53:17 | **their** 12:25 19:2,22 | **typewritten** 58:11 | **week** 33:4 51:18 | **$20,000** 7:18 8:3,4 |

37:14
**$3,800** 46:25
**$30,000** 10:14 14:16
  21:18
**$310,000** 18:3 29:10
  37:6
**$350,000** 16:18
**$4,000** 47:6
**$4,000,000** 23:8 37:3
  41:12
**$500** 37:16 45:3
**$66,000** 16:5 31:9
**$79,000** 13:25
**$815,000** 21:15
**$89,000** 13:17 29:19

**0**

**07** 24:25
**08** 24:25
**09** 24:25

**1**

**1st** 1:21 58:6
**1,600,000** 24:22
**1-10** 1:9,10,10,12,12,13
**1.6** 23:10,11,17 24:4
**10:51** 57:14
**100** 9:2,9
**108** 1:24 58:5,24
**110** 58:9
**15,000** 41:7,13,19
**150,000** 13:9
**1800** 26:3 44:20

**2**

**20** 13:19
**20,000** 52:9,11
**2000** 20:11
**2005** 23:16,18 24:1,14
  24:23 28:14 35:6
  53:11
**2006** 23:1
**2008** 24:13 53:15 54:4
  55:9,10,13
**2009** 31:24
**2010** 20:11,12 24:25
  30:11,24 31:24 58:9
**2011** 1:21 30:17,21,24
  58:6,19
**24** 51:13,25
**25,000** 52:10,10
**2600** 2:12

**3**

**3,800** 47:1
**3.8** 21:20 42:2,3,8,13
  42:16,21,22 43:1
**30** 14:10
**30(B)(6)** 1:15
**30(e)** 58:14
**30,000** 15:20

**320** 18:5
**350,000** 16:20 17:23

**4**

**4** 3:6
**4,000,000** 24:20,23
  40:23
**40** 14:13,22 15:3
**48** 52:3

**5**

**50** 14:10,13 15:3
**50,000** 14:5,22 15:21
**59** 58:7

**7**

**7** 37:3
**7th** 58:19
**7.75** 37:3
**700** 2:5
**704** 1:19
**79,000** 29:23

**8**

**810** 2:6
**89,000** 29:14

**9**

**9:04** 1:21
**96813** 1:20 2:7,14
**999** 2:13